AGÜEROS, APPELLANT, *v.* SANJURJO ET AL., APPELLEES.

APPEAL from the District Court of San Juan, Section One.

No. 2502.—Decided July 15, 1922.

Decided on the grounds of the opinion in the case of *Agueros v. Sanjurjo et al.,* *ante,* page 22.

*Messrs. Soto Gras & Siaca* for the appellant.

*Messrs. E. Acuña, J. Texidor and E. H. F. Dottin* for the appellees.

*Affirmed in part.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.

Mr. Justice Franco Soto took no part in the decision of this case.